ALBERT E. KNIGHT & others *vs.* BUILDING INSPECTOR OF SHREWSBURY
& others. June 29, 1976. It is clear from the evidence (including the
1970-1972 master plan) and from the judge's findings, none of which
can be pronounced clearly erroneous (see *Marlow* v. *New Bedford,* 369
Mass. 501, 508 [1976]), that the reasonableness of the 1974 rezoning of
the locus from residential to neighborhood business uses was fairly de-
batable and that the plaintiffs have failed to show beyond a reasonable
doubt that the rezoning conflicted with any of the provisions of G. L.
c. 40A, §§ 2 and 3, as in effect prior to St. 1975, c. 808, § 3. See *Crall*
v. *Leominster,* 362 Mass. 95, 101-103 (1972), and cases cited. The pres-
ent case is governed in principle by such cases as *Lanner* v. *Board of
Appeal of Tewksbury,* 348 Mass. 220, 224-230 (1964). *Barrett* v. *Build-
ing Inspector of Peabody,* 354 Mass. 38, 40-42 (1968), and *Durand* v.
*Superintendent of Pub. Bldgs. of Fall River,* 354 Mass. 74, 75, 77
(1968), rather than by such cases as *Leahy* v. *Inspector of Bldgs. of
New Bedford,* 308 Mass. 128, 129-130, 133-134 (1941), and *Beal* v.
*Building Commr. of Springfield,* 353 Mass. 640, 641-644 (1968). The
judgment is to be modified by striking out the concluding paragraph
thereof (see *Cameron* v. *Gunstock Acres, Inc.* 370 Mass. 378, 382
[1976]) and, as so modified, is affirmed.

*So ordered.*

*Joseph W. Allen, III,* for the plaintiffs.
*Robert V. Deiana* for J & N Realty, Inc. *(James F. Bergin,* Town
Counsel, for the Building Inspector of Shrewsbury & another, with
him).


RICHARD E. GUILMAIN & others *vs.* BOARD OF APPEALS OF WILBRAHAM
& others. June 29, 1976. The only question raised by the appeal was
answered in the affirmative in *Board of Appeals of Hanover* v. *Housing
Appeals Comm.* 363 Mass. 339, 354-355 (1973).

*Judgment affirmed with double costs.*

*Arthur M. Rogers* for the plaintiffs.
*Gary S. Fentin* for Wilbraham Commons Associates.
*Gordon H. Wentworth,* Town Counsel, for the Board of Appeals of
Wilbraham.